# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 17-651


CATAHOULA LAKE INVESTMENTS, LLC

VERSUS

HUNT OIL COMPANY, ET AL.


\*\*\*\*\*\*\*\*\*\*

ON SUPERVISORY WRIT FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 40076
HONORABLE J. CHRISTOPHER PETERS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## PHYLLIS M. KEATY
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, Phyllis M. Keaty, and D. Kent Savoie, Judges.


**WRIT DENIED AS MOOT.**


Gladstone N. Jones, III
Bernard E. Boudreaux, Jr.
Kevin E. Huddell
Eberhard D. Garrison
H. S. Bartlett, III
Emma Elizabeth Daschbach
John T. Arnold
Lindsay E. Reeves
Jones, Swanson, Huddell & Garrison, LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana  70130
(504) 523-2500
Counsel for Plaintiff/Relator:
	Catahoula Lake Investments, LLC

**Jennifer Jones**
**Jones Law Firm**
**Post Office Box 1550**
**Cameron, Louisiana 70631**
**(337) 775-5714**
**Counsel for Plaintiff/Relator:**
**Catahoula Lake Investments, LLC**

**William Michael Adams**
**Paul M. Adkins**
**Stacey Denise Williams**
**Brian C. Flanagan**
**Blanchard, Walker, O'Quin**
**P. O. Drawer 1126**
**Shreveport, LA 71163-1126**
**(318) 221-6858**
**Counsel for Defendant/Respondent:**
**Petro-Hunt, LLC**

**Jamie D. Rhymes**
**April L. Rolen-Ogden**
**Hunter A. Chauvin**
**Liskow & Lewis**
**Post Office Box 52008**
**Lafayette, Louisiana 70505-2008**
**(337) 232-7424**
**Counsel for Defendant/Respondent:**
**XH, LLC**

**Joseph I. Giarrusso, III**
**Liskow & Lewis**
**701 Poydras Street, Suite 5000**
**New Orleans, Louisiana 70139**
**(504) 581-7979**
**Counsel for Defendant/Respondent:**
**XH, LLC**

**Michael P. Cash**
**Liskow & Lewis**
**1001 Fannin Street, Suite 1800**
**Houston, Texas 77002**
**(713) 651-2900**
**Counsel for Defendant/Respondent:**
**XH, LLC**

**Matthew Joseph Randazzo, III**
**Christopher B. Bailey**
**Charles W. Montz, Jr.**
**Jackson D. Logan, III**
**Randazzo, Giglio & Bailey, LLC**
**P. O. Box 51347**
**Lafayette, LA 70505**
**(337) 291-4900**
**Counsel for Defendant/Respondent:**
**Kingfisher Resources, Inc.**

**KEATY, Judge.**

Defendants-Relators, XH, LLC; Kingfisher Resources, Inc.; and Petro-Hunt, L.L.C., seek supervisory writs from a judgment which denied, in part, their exception of no right of action filed against Plaintiff-Respondent, Catahoula Lake Investments, LLC.  In Docket Number 17-649 with this court, Plaintiff-Relator, Catahoula Lake Investments, LLC, seeks supervisory writs from the same judgment which granted, in part, the exception of no right of action filed by Defendants-Respondents, XH, LLC; Kingfisher Resources, Inc.; and Petro-Hunt, L.L.C.

In view of our decision rendered today in *Catahoula Lake Investments, LLC v. Hunt Oil Co.*, 17-649 (La.App. 3 Cir. __/__/__), __ So.3d __, wherein we granted and made peremptory the writ, thereby reversing the portion of the trial court judgment which granted, in part, the exception of no right of action filed by Defendants-Respondents, XH, LLC; Kingfisher Resources, Inc.; and Petro-Hunt, L.L.C., and reinstated all of Plaintiff-Relator's claims against Defendants-Respondents, this writ is now moot.

**DECREE**

For the reasons assigned, this writ is denied as moot.  All costs associated with this matter are assessed against Defendants-Relators, XH, LLC; Kingfisher Resources, Inc.; and Petro-Hunt, L.L.C.

**WRIT DENIED AS MOOT.**